**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01143-CV

---

### CLINTON ADAMS, Appellant

### V.

### CITY OF DALLAS, TEXAS, Appellee

---

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-00321-B

---

## ORDER

Before the Court is the City of Dallas's September 15, 2014 motion to dismiss this accelerated appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellee notes the notice of appeal was filed outside the twenty-day deadline established in rule of appellate procedure 26.1(b) but within the fifteen-day extension period allowed under rule 26.3. *See id.* 26.1(b), 26.3. Appellee further notes that appellant has not filed an extension motion under rule 26.3 nor offered a reasonable explanation for the late filing. *See id.* 10.5(b), 26.3.

We **ORDER** appellant to file, no later than October 6, 2014, an extension motion reasonably explaining why the notice of appeal was untimely filed. We caution appellant that failure to comply may result in dismissal of the appeal without further notice. *See id.* 25.1(b), 26.2, 42.3; *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233 (Tex. App.--Houston [1st Dist.] 2007, no pet.).

/s/     CRAIG STODDART
        JUSTICE